# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL G. PUTNAM, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-764 |
| TEMPLE UNIVERSITY HEALTH SYSTEM, | |
| Defendant. | |

**FILED MAR 26 2018**

## ORDER

**AND NOW**, this 26th day of March, 2018, upon consideration of Defendant Temple University Health System's ("Temple") Motion for Summary Judgment, Plaintiff Samuel G. Putnam's Memorandum of Law in Opposition, and Temple's Reply Brief, it is hereby **ORDERED** that Temple's Motion for Summary Judgment (Doc. No. 27) is **GRANTED**. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

ROBERT F. KELLY
SENIOR JUDGE